■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GREGORY WYNDER, Appellant, v DOMINIC J. MANTELLO, as Superintendent of Wende Correctional Facility, et al., Respondents.— Judgment unanimously affirmed. Memorandum: Relator appeals from a judgment vacating a writ of habeas corpus and dismissing his petition to be released from prison. Relator challenges the validity of his waiver of his right to be present at his final parole revocation hearing, which was conducted five years before the commencement of this proceeding. We conclude that the court properly found that relator's claim is barred by laches. In any event, notwithstanding respondents' inability to produce the waiver form, the record is sufficient to enable us to conclude that relator waived his right to be present at his final revocation hearing. (Appeal from Judgment of Supreme Court, Erie County, Joslin, J.—Habeas Corpus.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO TOLEDO, Appellant.—Judgment unanimously affirmed. Memorandum: The trial court properly rejected defendant's request to charge sexual misconduct as a lesser included offense of rape in the first degree and sodomy in the first degree (see, People v Blackwell, 177 AD2d 952 [decided herewith]).

We have examined defendant's other contention and find it to be without merit. (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Rape, 1st Degree.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES MASON, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's sole argument on appeal is that the trial court erred in instructing the jury regarding the element of intent on the burglary count of the indictment. That issue was not preserved for our review (see, CPL 470.05 [2]; People v Lipton, 54 NY2d 340, 351), and we decline to exercise our discretion to review it in the interest of justice (see, CPL 470.15 [6] [a]; People v Davis, 165 AD2d 610; People v Boyd, 161 AD2d 1145, lv denied 76 NY2d 785). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Burglary, 2nd Degree.) Present—Callahan, A. P. J., Denman, Pine, Balio and Lawton, JJ.